UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2008 MAY 12  PM 2:29

SIGN_____
BY DEPUTY CLERK

UNITED STATES OF AMERICA

VERSUS                                    CRIMINAL NO.: 07-9-JVP-CN

JOSHUA RAMON WILLIAMS

## ORDER

Considering the defendant's Notice of Intent to Appeal and Stay Proceeding;

**IT IS HEREBY ORDERED** that the Notice of Intent to Appeal and Stay

Proceeding (doc. 96) is hereby **DENIED**.

Baton Rouge, Louisiana, May 12, 2008. *2:15 P. m.*

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA